IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**EDWARD IBUADO,**

        **Plaintiff,**

**v.**                                                                                 **No. CV 07-1201 WJ/LAM**

**PATRICK DAVIS, et al.,**

        **Defendants.**

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

        **THIS MATTER** is before the Court on Magistrate Judge Lourdes A. Martínez' *Proposed Findings and Recommended Disposition* (*Doc. 38*), filed on February 5, 2009. No party has filed objections to the proposed findings and recommended disposition and the deadline for filing objections has passed. The Court has determined that it will adopt the *Proposed Findings and Recommended Disposition* (*Doc. 25*), grant Defendants' *Motion For Summary Judgment (Doc. 25)*, and dismiss this case with prejudice.

        **IT IS THEREFORE ORDERED** that the *Proposed Findings and Recommended Disposition* (*Doc. 38*) are **ADOPTED** by the Court.

        **IT IS FURTHER ORDERED** that Defendants' *Motion For Summary Judgment (Doc. 25)* is **GRANTED**.

        **IT IS FURTHER ORDERED** that this case be **DISMISSED WITH PREJUDICE** and that a final judgment be entered concurrently with this order.

**IT IS SO ORDERED.**

**HONORABLE WILLIAM P. JOHNSON**
**UNITED STATES DISTRICT JUDGE**